UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CITY OF LOS ANGELES *EX REL.* RICHARD KNUDSEN,<br><br>Plaintiff,<br><br>v.<br><br>NEW CINGULAR WIRELESS NATIONAL ACCOUNTS, LLC D/B/A CINGULAR WIRELESS, NOW KNOWN AS AT&T MOBILITY NATIONAL ACCOUNTS LLC; and DOES 21 to 30,<br><br>Defendants. | CIV. NO. 2:17-816 WBS KJN<br><br>ORDER OF RECUSAL |

----oo0oo----

Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in AT&T, Inc.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases

1

to compensate for such reassignment.

Dated: April 20, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE