1  W. SCOTT CAMERON (CA Bar No. 229828)
     *scameron@kslaw.com*
2  **KING & SPALDING LLP**
   621 Capitol Mall, Suite 1500
3  Sacramento, CA 95814
4  Telephone: +1 916 321 4800
   Facsimile: +1 916 321 4900
5
   JOHN C. RICHTER (*pro hac vice*)
6    *jrichter@kslaw.com*
7  **KING & SPALDING LLP**
   1700 Pennsylvania Ave., NW
8  Washington, D.C. 20006
   Telephone: +1 202 737 0500
9  Facsimile: +1 202 626 3737

10 Attorneys for Defendant
11 NEW CINGULAR WIRELESS NATIONAL
   ACCOUNTS, LLC D/B/A CINGULAR WIRELESS,
12 NOW KNOWN AS AT&T MOBILITY NATIONAL
   ACCOUNTS LLC
13

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| CITY OF LOS ANGELES EX REL. RICHARD KNUDSEN,<br><br>Plaintiff,<br><br>v.<br><br>NEW CINGULAR WIRELESS NATIONAL ACCOUNTS, LLC D/B/A CINGULAR WIRELESS, NOW KNOWN AS AT&T MOBILITY NATIONAL ACCOUNTS LLC; AND DOES 21 TO 30<br><br>Defendants. | CASE NO. 2:17-CV-00816-TLN<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

1     **WHEREAS** on October 29, 2019, the Court granted in part and denied in part the Motion to Dismiss Plaintiff City of Los Angeles's Consolidated Complaint in Intervention filed by Defendant New Cingular Wireless National Accounts, LLC d/b/a Cingular Wireless, now known as AT&T Mobility National Accounts LLC ("AT&T"); and

    **WHEREAS** on November 7, 2019, the Court entered a Minute Order directing that "Plaintiff shall file an amended complaint in compliance with the Court's order [on the Motion to Dismiss] not later than fourteen (14) days from the date of this Minute Order";

    **WHEREAS** this is the second Stipulation in the case requesting an extension of time to respond to the complaint, the first such stipulation having been filed on December 1, 2016, and granted by order of December 5, 2016;

    **IT IS HEREBY STIPULATED** by and between the parties and their undersigned counsel that, pursuant to Local Rule 144(a), the time for AT&T to respond be and hereby is extended as follows:

1. If Plaintiff files an amended complaint in compliance with the Court's minute order, AT&T shall answer, move, or otherwise respond to the Amended Consolidated Complaint in Intervention by no later than thirty (30) days from the date of the filing of the Amended Consolidated Complaint in Intervention.

2. If Plaintiff does not file an amended complaint, AT&T shall answer the Consolidated Complaint in Intervention by no later than December 13, 2019.

**SO STIPULATED:**

Dated: November 12, 2019             KING & SPALDING LLP

                                       /s/ *W. Scott Cameron*
                                       W. Scott Cameron
                                       Attorneys for Defendant, New Cingular Wireless National Accounts LLC, d/b/a Cingular Wireless, now known as AT&T Mobility National Accounts LLC

Dated: November 12, 2019	COTCHETT, PITRE & McCARTHY LLP

/s/ *Eric J. Buescher*    (as authorized 11/12/19)
Eric J. Buescher
Attorneys for Intervenor Plaintiff
City of Los Angeles

# ORDER

Based on the stipulations of the parties, IT IS HEREBY ORDERED THAT:

1. If Plaintiff files an amended complaint in compliance with the Court's minute order, AT&T shall answer, move, or otherwise respond to the Amended Consolidated Complaint in Intervention by no later than thirty (30) days from the date of the filing of the Amended Consolidated Complaint in Intervention.

2. If Plaintiff does not file an amended complaint, AT&T shall answer the Consolidated Complaint in Intervention by no later than December 13, 2019.

**IT IS SO ORDERED,**

DATED: November 12, 2019

Troy L. Nunley
United States District Judge

3
**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**