NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff City of Los Angeles*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES ex rel. RICHARD KNUDSEN,<br><br>Plaintiff,<br><br>v.<br><br>NEW CINGULAR WIRELESS NATIONAL ACCOUNTS, LLC dba CINGULAR WIRELESS, NOW KNOWN AS AT&T MOBILITY NATIONAL ACCOUNTS LLC; and DOES 21-30,<br><br>Defendants. | CASE NO. 2:17-cv-00816-TLN-AC<br><br>**STIPULATED SETTLEMENT APPROVAL AND DISMISSAL ORDER**<br><br>**Judge:**     Hon. Troy L. Nunley<br>**Trial Date:**  None set |

## STIPULATED SETTLEMENT APPROVAL AND DISMISSAL ORDER

The City of Los Angeles, Relator Richard Knudsen, Defendant New Cingular Wireless National Accounts, LLC d/b/a/ Cingular Wireless, Now Known as AT&T Mobility National Accounts LLC ("AT&T"), and Relator's counsel hereby stipulate and agree as follows:

WHEREAS, in 2005, California issued eRFP 5014 seeking submissions from wireless carriers for contracts to provide wireless services to the state and political subdivisions, including the City;

WHEREAS, in 2006, the Western States Contracting Alliance ("WSCA"), acting by and through the State of Nevada, awarded AT&T Contract #1523 and Contract #1907 (collectively, the "WSCA Contracts") for the purchase of wireless equipment and services;

WHEREAS, the State of California and AT&T executed a Participating Addendum to the WSCA Contracts, Master Price Contract #7-11-70-17 (the "California Participating Addendum"), which incorporated the terms of the WSCA Contracts and (at times) California DGS RFO 1070;

WHEREAS, on March 1, 2007 (No. 58674), and May 1, 2013 (No. 59468) the City of Los Angeles entered into contracts with AT&T for the purchase of wireless equipment and services (the "City Contracts"). Collectively, the WSCA Contracts, the California Participating Addendum, and the City Contracts, are referred to as the "Wireless Contracts".

WHEREAS, on or about September 27, 2013, Relator filed a qui tam action under the California False Claims Act in the Superior Court of California for Los Angeles County, Case No. BC521567, naming AT&T as a defendant (the "Action");

WHEREAS, on or about September 9, 2016, the City intervened in the Action and filed a Complaint-in-Intervention (the "Complaint"), alleging causes of action for violation of the California False Claims Act, Breach of Contract, violation of the Unfair Competition Law, and Unjust Enrichment;

WHEREAS, the Action was removed to federal court and subsequently transferred to this Court, and is currently pending as Case No. 2:17-cv-00816-TLN-AC;

WHEREAS, the Action alleges AT&T failed to comply with the Wireless Contracts with respect to provisions that the City alleges required AT&T to provide the City with rate plan

optimization reports and with wireless services at the lowest cost available when the City purchased wireless services from AT&T pursuant to the Wireless Contracts (the "Covered Conduct");

WHEREAS, on October 29, 2019, the Court granted AT&T's motion to dismiss the City's unjust enrichment claim under Rule 12(b)(6) and denied the remainder of AT&T's motion to dismiss under Rules 9 and 12;

WHEREAS, Relator's counsel have asserted claims for statutory attorney's fees under the California False Claims Act against AT&T;

WHEREAS, AT&T denies any and all liability, contends that all claims against it have no merit and are subject to numerous legal and factual defenses, and denies all allegations made in the Complaint and the Action against it;

**WHEREAS**, the Parties, after several months of settlement discussions, have agreed to resolve any and all claims the City, Relator, and Relator's counsel may have against AT&T related to the Covered Conduct, so as to avoid the need for further protracted and costly litigation;

**WHEREAS**, to avoid the delay, inconvenience and expense of protracted litigation of the claims in the Action, and in consideration of the mutual promises and obligations of the City, Relator, Relator's counsel, and AT&T contained in the Settlement Agreements, the Parties have agreed to settle this litigation on the terms set forth in the Settlement Agreements attached as Exhibit 1 and 2 (the "Settlement Agreements").

NOW THEREFORE, the parties stipulate and agree as follows:

1. The terms of the Settlement Agreements are appropriate under the allegations of this action, taking into account the best interests of the parties involved and the public purposes behind the False Claims Laws. Further, the terms of the Settlement Agreements are fair, adequate, and reasonable, and were reached in good faith;

2. The City, AT&T, Relator, and Relator's counsel are bound by the terms of the Settlement Agreements, including specifically the releases contained herein;

3. This Action is hereby DISMISSED WITH PREJUDICE.

4. The Court shall retain jurisdiction to resolve any dispute arising between and among the parties under the Settlement Agreements, including but not limited to any disputes between the

City and Relator related to the Relator's Share of the Settlement (an issue not resolved by the Settlement Agreements).

Dated: 5/3/22 **COTCHETT, PITRE & McCARTHY, LLP**

By: /s/
    NIALL P. McCARTHY

*Attorneys for Plaintiff City of Los Angeles*

Dated: 5/3/22 **KING & SPALDING LLP**

By: /s/
    JOHN C. RICHTER

*Attorneys for Defendant AT&T*

Dated: 5/5/22 **WALDEN MACHT & HARAN LLP**

By: /s/
    DAN MILLER

*Attorneys for Relator Richard Knudsen*

# ORDER

**IT IS SO ORDERED.**

Dated: May 10, 2022

Troy L. Nunley
United States District Judge